## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Malibu Media, LLC

                Plaintiff,

v.

                                       Case No.: 1:19–cv–01680
                                       Honorable Jorge L. Alonso

John Mansfield, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held and continued to 1/28/20 at 9:30 a.m. Attorney Mary K. Schulz does not appear. Plaintiff's attorney's motion to withdraw [18] is entered and continued. Notices mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.