UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Malibu Media, LLC
                    Plaintiff,

v.                                          Case No.: 1:19−cv−01680
                                            Honorable Jorge L. Alonso

John Mansfield, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2020:

MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Plaintiff's attorney's motion to withdraw [18] is granted. Attorneys Mary K. Schulz and Ellen Elizabeth Douglass are given leave to withdraw as attorneys for Plaintiff Malibu Media, LLC. Plaintiff shall file a substitution of counsel appearance form by 2/16/20. Plaintiff is warned that failure to file a substitution of counsel appearance form by 2/16/20 may result in this case being dismissed for want of prosecution. Status hearing remains set for 2/19/20 at 9:30 a.m. Notices mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.